| | |
|---|---|
| 1 | Sanford Jay Rosen, State Bar No. 62566 |
| 2 | Maria V. Morris, State Bar No. 223903 |
|   | Lori E. Rifkin, State Bar No. 244081 |
| 3 | ROSEN, BIEN & GALVAN, LLP |
|   | 315 Montgomery Street, Tenth Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone: (415) 433-6830 |
| 5 | Facsimile: (415) 433-7104 |
| 6 | Attorneys for Plaintiffs |
| 7 | (Additional Counsel for Plaintiffs on the following page) |
| 8 | |
| 9 | UNITED STATES DISTRICT COURT |
| 10 | NORTHERN DISTRICT OF CALIFORNIA |
| 11 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 12 | | Case Nos. C 08-1190-SI, C 08-1184-SI |
| 13 | CLAUDE BRYANT, et al., | STIPULATION OF SUBSTITUTION |
|    | On behalf of themselves and all employees | OF COUNSEL FOR PLAINTIFFS AND |
| 14 | similarly situated, | NOTICE OF APPEARANCE OF NEW COUNSEL |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | SERVICE CORPORATION | |
|    | INTERNATIONAL, et al., | |
| 18 | Defendants. | |
| 19 | | |
| 20 | | |
| 21 | WILLIAM HELM, et al. On behalf of | |
|    | themselves and all employees similarly | |
| 22 | situated, | |
|    | Plaintiffs, | |
| 23 | v. | |
| 24 | ALDERWOODS GROUP, INC., et al. | |
|    | Defendants. | |
| 25 | | |

26  PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby
27  substitute one of their counsel and attorneys of record as in this matter as follows:
28  Former Counsel:    Rosen, Bien and Galvan, LLP

|   |   |
|---|---|
| 1 | Sanford Jay Rosen |
|   | Maria V. Morris |
|   | Lori E. Rifkin |
| 2 | 315 Montgomery Street, Tenth Floor |
|   | San Francisco, CA 94104 |
| 3 | (415) 433-6830 |
| 4 | New Counsel: Burnham Brown |
|   | Robert M. Bodzin |
| 5 | P.O. Box 119 |
|   | Oakland, California 94604-0119 |
| 6 | (510) 444-6800 |

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008

ROSEN, BIEN & GALVAN, LLP

By _____
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081

315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DATED: October 23, 2008

BURNHAM BROWN

By _____
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604-0119
Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR PLTF AND NOT OF APP OF NEW COUNSEL.  2  Case Nos. C 08-1190-SI, C 08-1184-SI

1  Additional Counsel for Plaintiffs

2  J. Nelson Thomas, NY Attorney No. 2579159
   Patrick J. Solomon, NY Attorney No. 2716660
3  Annette Gifford, NY Attorney No. 4105870
   DOLIN, THOMAS & SOLOMON LLP
4  693 East Avenue
   Rochester, NY 14607
5  Telephone: (585) 272-0540
   Facsimile: (585) 272-0574
6
   Charles H. Saul, PA State Bar No. 19938
7  MARGOLIS EDELSTEIN
   525 William Penn Place, Suite 3300
8  Pittsburgh, PA 15219
   Telephone: (412) 281-4256
9  Facsimile: (412) 642-2380

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP OF SUBSTITUTION OF COUNSEL FOR  4  Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
3  DATED: October ___, 2008

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT

STIP OF SUBSTITUTION OF COUNSEL FOR          3    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL