STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants

ALDERWOODS GROUP, INC., PAUL HOUSTON, SERVICE CORPORATION INTERNATIONAL, SCI FUNERAL AND CEMETERY PURCHASING COOPERATIVE, INC., SCI EASTERN MARKET SUPPORT CENTER, L.P., SCI WESTERN MARKET SUPPORT CENTER, L.P. and SCI HOUSTON MARKET SUPPORT CENTER, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC. et al.<br><br>Defendants. | CASE NO. 3:08-cv-01184 SI<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND SCHEDULING MOTION TO COMPEL |

Pursuant to the Joint Report of the parties and good cause appearing, the Court orders as follows:

1. The Court will hear argument on Plaintiffs' Motion to Compel on March 20, 2009, and Plaintiffs' Motion to Compel shall be due not less than 35 days prior to the hearing date,

[PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND SCHEDULING MOTION TO COMPEL                    1
Case No.: 3:08-CV-01184 SI

1 Defendant's opposition shall be due not less than 21 days before the hearing date, and Plaintiffs'
2 reply shall be due not less than 14 days before the hearing date.
3     2.    The hearing on Defendants' Motions to Dismiss and the Further Case Management
4 Conference shall be continued to a date to be determined by the Court at the March 20, 2009
5 hearing on Plaintiffs' Motion to Compel.

7 **IT IS SO ORDERED:**

            *[signature: Susan Illston]*

            The Honorable Susan Illston

28 [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
SCHEDULING MOTION TO COMPEL     2
Case No.: 3:08-CV-01184 SI