```
1   BURNHAM BROWN
    Robert M. Bodzin, State Bar No. 201327
2   P.O. Box 119
    Oakland, CA 94604
3   Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666
4   rbodzin@BurnhamBrown.com

5   Attorneys for Plaintiffs

6   [Additional Counsel Appear on Signature Page]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>　　　　　　　Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER EXTENDING TIME TO SUBMIT RESPONSIVE AND REPLY BRIEFING** |

　　　Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

　　　1.　　Plaintiffs' response to Defendant's Motion to Sever Misjoined Plaintiffs Pursuant to FRCP 21 shall be filed and served no later **Monday, May 17, 2010**; and further,

　　　2.　　Defendant's reply to that motion shall be filed and served no later than **Monday, May 24, 2010**.

[PROPOSED] ORDER EXTENDING TIME　　　　　　　　　　CASE NO.: 3:08-CV-01184 SI

1

**IT IS SO ORDERED:**

Honorable Susan Illston
United States District Court

_____

**AGREED TO:**

| | |
|---|---|
| By: /s/ Annette Gifford | By: /s/ John A. Mason |
| J. Nelson Thomas (*pro hac vice*) | Steven H. Gurnee |
| Patrick J. Solomon (*pro hac vice*) | Nicholas P. Forestiere |
| Annette Gifford (*pro hac vice*) | John A. Mason |
| THOMAS & SOLOMON LLP | GURNEE & DANIELS LLP |
| 693 East Avenue | 2240 Douglas Blvd, Suite 150 |
| Rochester, NY 14607 | Roseville, CA 95648 |
| Telephone: 585-272-0540 | Telephone: 916-797-3100 |
| Facsimile: 585-272-0574 | Facsimile: 916-797-3131 |
| | |
| Robert M. Bodzin, State Bar No. 201327 | Counsel for Defendant |
| BURNHAM BROWN | |
| P.O. Box 119 | |
| Oakland, CA 94604 | |
| Telephone: (510) 835-6833 | |
| Facsimile: (510) 835-6666 | |

Charles H. Saul (*pro hac vice*)
MARGOLIS EDELSTEIN
525 William Penn Place
Suite 3300
Pittsburgh, PA 15219
Telephone: 412-281-4256
Facsimile: 412-642-2380

Counsel for Plaintiffs

[PROPOSED] ORDER EXTENDING TIME          CASE NO.: 3:08-CV-01184 SI

2