| | |
|---|---|
| 1 | BURNHAM BROWN |
| | Robert M. Bodzin, State Bar No. 201327 |
| 2 | P.O. Box 119 |
| | Oakland, CA 94604 |
| 3 | Telephone: (510) 835-6833 |
| | Facsimile: (510) 835-6666 |
| 4 | rbodzin@BurnhamBrown.com |
| 5 | Attorneys for Plaintiffs |
| 6 | [Additional Counsel Appear on Signature Page] |

BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The date for the further Case Management Conference, previously set for October 1, 2010 is continued to **December 16, 2010 at 3:00 p.m.**

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
1

Case No.: 3:08-CV-01184 SI

1  **IT IS SO ORDERED:**

2  Dated: _____          _____
3                                   Honorable Susan Illston
4                                   United States District Court

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.:  3:08-CV-01184 SI