STEVEN H. GURNEE, ESQ. SB# 66056
NICHOLAS P. FORESTIERE, ESQ. SB#125118
JOHN A. MASON, ESQ. SB# 166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA  95661-3805
Telephone     (916) 797-3100
Facsimile      (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated, <br><br>         Plaintiffs, <br>    vs. <br><br> ALDERWOODS GROUP, INC., <br><br>         Defendants. | No.  CV 08-01184 SI <br><br> [~~PROPOSED~~] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1.   The date for the further Case Management Conference in this matter, previously set for July 15, 2011, is continued to **September 23, 2011 at 3:00 p.m.**

////

////

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI

1

**IT IS SO ORDERED:**

Dated: 7/25/11

_____
Honorable Susan Illston
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI

2